# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ONE 2008 MASERATI GRAN TURISMO COUPE, et al.,<br><br>　　　　Defendants. | Case No.: SACV 10-00174-CJC(RNBx)<br><br><br><br>JUDGMENT |

In accordance with the Court's order dated September 7, 2011 granting Plaintiff's motion for summary judgment, judgment is entered in favor of Plaintiff and against Defendants.

DATED:　　September 7, 2011

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE