**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **Case No.: SACV 10-00174-CJC(RNBx)** |
| **Plaintiff,** | |
| **vs.** | |
| | **JUDGMENT** |
| **ONE 2008 MASERATI GRAN TURISMO COUPE, et al.,** | |
| **Defendants.** | |

In accordance with the Court's order dated September 7, 2011 granting Plaintiff's motion for summary judgment, judgment is entered in favor of Plaintiff and against Defendants.

DATED:     September 7, 2011

_____

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

-1-